```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WALLACE J. LEE
    Special Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 497-4000

 5  Attorneys for the
    United States of America
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO.  1:11-CR-00427 AWI
                                 )
12              Appellee,        )  STIPULATION TO ALTER BRIEFING
                                 )  SCHEDULE;ORDER THEREON
13       v.                      )
                                 )  DATE:     To be Determined
14  SEAN HARRINGTON,             )  TIME:     To be Determined
                                 )  Hon. Anthony W. Ishii
15              Appellant.       )
                                 )
16                               )
```

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Wallace J. Lee, Counsel for Appellee, and Katherine L. Hart, Counsel for Appellant Sean Harrington, that the briefing schedule be altered. The parties request the following briefing schedule: Appellee's brief shall be filed and served by April 19, 2012. Appellant's reply brief shall be filed and served by May 3, 2012.

The parties base this stipulation on good cause, in that the government did not receive electronic service of the appellant's

//

//

opening brief. This revised schedule has been discussed and agreed to by the parties.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 29, 2012          By    /s/ Wallace J. Lee
                                     WALLACE J. LEE
                                     Special Assistant U.S. Attorney


DATED: March 29, 2012                /s/ Katherine L. Hart
                                     KATHERINE L. HART
                                     Attorney for Appellant
                                     (authorized on March 29, 2012)

**O R D E R**

IT IS HEREBY ORDERED that the parties' request is granted. Appellee's brief shall be filed and served by April 19, 2012 and Appellant's reply brief shall be filed and served by May 3, 2012.

IT IS SO ORDERED.

Dated:    March 30, 2012          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE